

December 11, 2008

Honorable Rudolph T. Randa
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: *Charlie Tate Jr. v. Milwaukee Country Jail, et al.*
    Case No. 06-C-670

Dear Judge Randa,

It is crystal clear and obvious the fact that the defendants' in "Default" must operate on another classification and system. They have "NO" hold for the very laws that they enforce, this Court, Your Honor or the Plaintiff. The disturbing part to this one more slap in the face by these defendants' that furthers how the Plaintiff suffered by their hand is, Your Honor "Demanded" a reply by these defendants' in "Default" by December 10, 2008 and they refused yet again; meaning if these defendants' don't value Rules, the Court, Your Honor and or your trouble-free requests, its comprehensible the fact that they have no respect or regard for the Plaintiff. Notwithstanding, the Plaintiff has proved this complaint to be factual beyond reasonable doubt; also the defendants' in "Default" has admitted each claim in this moan by their unruly, headstrong, stubborn and extremely negligent actions; meaning the multiple requests by the Court for their side of the story was waywardly considered not worthy of even a response to date.

1. Therefore and now; the Plaintiff "Demand" an "Order" by the Court for "Default Judgment" in the amount of $8,500,000.00 to be paid by the defendants' in "Default" to the Plaintiff in a single lump payment.

2. Therefore and now; the Plaintiff "Demand" an "Order" by the Court that adjudge and decree its strength of character and in addition punish the defendants' in "Default" extremely negligent measures so that the Plaintiff may take delivery of and along with encompass such other liberation as the Court may reckon just, proper and equitable not to accede $5,000,000.00 to be paid to the Plaintiff in a single lump payment as well as and in addition to the "Default Judgment" quantity of $8,500,000.00 concurrent with the slipshod and reckless use of such power owned by privileged circumstances of the defendants' in "Default".

3. Therefore and now; the Plaintiff "Demand" an "Order" by the Court that the defendants' in "Default", their doctors, officers, directors, agents, employees, successors and all other persons acting or claiming to act on their behalf be enjoined in concert and restrained from the Plaintiff, to halt similar purpose, effect, plain, device and program for his remaining "Natural Life", meaning the Plaintiff "Demand" a "Restraining Order" for "Life" from the defendants' in "Default".

The Plaintiff will not file statement and exhibit #68 which is a further course of mental treatment from the aforesaid doctor.


Thank You,

*[signature: Charlie Tate Jr.]*

Charlie Tate Jr.
Plaintiff